In the Matter of the Claim of JOHN SALATTO against ANTONIO SALATTO et al., Copartners Doing Business as SALATTO BROS. et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued March 25, 1931; decided April 14, 1931.)

*George J. Stacy* and *James J. Mahoney* for appellants.

*John J. Bennett, Jr.,* Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order of the Appellate Division reversed and claim dismissed, with costs in the Appellate Division and in this court, upon the authority of *Matter of Lyle* v. *Lyle Cider, etc., Co.* (243 N. Y. 257); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.